**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOMINGA ANAYA,

    Petitioner,

v.

ALBERTO GONZALEZ, Attorney General, DAVID SILL, Acting District Director, San Francisco Office, United States Bureau of Citizenship and Immigration Services,

    Respondents.
_____/

No. C 05-4240 PJH

**ORDER TO SHOW CAUSE**

    Petitioner Dominga Anaya ("Anaya"), has filed a petition for a writ of mandamus, asking this court to order the respondents to render a decision on an application she has pending before respondent BCIS.

    Respondents are ordered to file with this court and serve on petitioner within **fifteen days** of this order, a response addressing both the merits of Anaya's petition and any procedural objections to the petition for writ of mandamus. Anaya may file and serve a reply, if any, within **seven days** of respondents' response.

    **IT IS SO ORDERED.**

Dated:  October 25, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge